**LUCIUS KNABB v. WILSON ROBERTS, et al.**

5 So. (2nd) 408      .      .      Division B
December 30, 1941

H. L. Anderson, for appellant.
Mabry, Reaves, Carlton & White, for appellee.

PER CURIAM:

No error in the order of the chancellor dismissing the above cause is clearly apparent from an examination of the record, therefore, it is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.